UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-02011 JVS (DFMx) | Date | March 11, 2015 |
| Title | Elisabeth Callaway, et al. V. Mercedes-Benz USA, LLC, et al. | | |

Present: The Honorable     James V. Selna

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:    (IN CHAMBERS)
Minute Order Denying As Moot Motions to Dismiss and Strike**

     Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mercedes-Benz USA, LLC and Defendant Mission Imports (collectively, "Defendants") move to dismiss the Complaint filed by Plaintiffs Elizabeth and William Callaway ("Plaintiffs").  (Docket No. 22.)  Defendants also move to strike the class allegations from Plaintiffs' Complaint.  (Docket No. 19.)  On February 26, 2015, Plaintiffs filed a First Amended Complaint, which moots the pending motions.  (See Docket Nos. 24, 25.)

     Accordingly, the Court DENIES AS MOOT Defendants' Motion to Dismiss and Motion to Strike.  The Court further finds that oral argument would not be helpful on this matter, and vacates the March 16, 2015 hearing.  Fed. R. Civ. P. 78; L.R. 7-15.

     IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | nkb |