# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. CALLAWAY, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br>MERCEDES-BENZ USA, LLC,<br>　　　　　Defendant. | **Case No. 8:14-CV-02011-JVS-DFM**<br><br>**JUDGMENT AND DISMISSAL WITH PREJUDICE** |

For the reasons set forth in the Order Granting Motion for Final Settlement Approval (Dkt. 233-1) and Order Granting Final Approval of Class Action Settlement, Attorneys' Fees and Costs and Incentive Award and for Attorneys' Fees and Costs (Dkt. No. 234) all claims against defendant Mercedes-Benz USA, LLC are DISMISSED WITH PREJUDICE.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: March 09, 2018

_____
Hon. James V. Selna
United States District Judge